**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

GLENN LEWIS,

    Plaintiff,

v.

WARDEN ROBERT ADAMS, JR.; OFC. ASHLEY MARTIN; CPT. DAVID ROYAL; and MEDICAL STAFF JENKINS CORR. CENTER,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-7

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 29, 2019 Report and Recommendation (R&R), (doc. 6), to which Plaintiff filed Objections, (doc. 8). For the reasons set forth below, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Captain David Royal, Officer Ashely Martin, and Warden Robert Adams, Jr., from the Complaint.

The Magistrate Judge recommended dismissal of these defendants because Lewis had failed to set forth a due process claim against Royal or Martin, and because he failed to set forth any constitutional claim against Warden Adams. Doc. 6 at 8-9. Lewis objects that they wrongfully violated jailhouse SOP. Doc. 8 at 2-5. But he does not undermine the R&R's conclusion that he was afforded due process — the disciplinary report against him was investigated and terminated. Just because he does not like how long it took or bristles because he was wrongfully accused does not unwind the process afforded to him or comprise a "conspiracy" to

punish him.  Doc. 8 at 5; *see* doc. 6 at 8-9.  And it does not manufacture a claim against the Warden.   These defendants are **DISMISSED** from the Complaint.

**SO ORDERED**, this 9th day of April, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA