IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GLENN LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN ROBERT ADAMS, JR., *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.: 6:19-cv-7 |

# **O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 12, 2020, Report and Recommendation, (doc. 50), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 50), as the opinion of the Court and **GRANTS** defendant's Motion for Summary Judgment. (Doc. 41.) Accordingly, plaintiff's Motion for Temporary Restraining Order, (doc. 12), and Motion to Amend the Complaint, (doc. 21), are likewise **DENIED**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 24th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA