IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GLENN LEWIS,

    Plaintiff,

v.

WARDEN ROBERT ADAMS, JR., *et al*.,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-007

## O R D E R

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 50), to which Plaintiff filed objections, (doc. 55).[1]

The Court finds Plaintiff's objections unavailing. Plaintiff's objections do not undermine the Magistrate Judge's correct analysis that Plaintiff never received a determination on the merits of his grievance, and at the final level of appeal, his grievance was rejected on procedural grounds. Plaintiff's observation of a scrivener's error in the Hinton Declaration stating Plaintiff did not appeal to the Central Office is not dispositive because the substance of the Declaration, as well as the attached Central Office Appeal Response, shows the grievance was denied on appeal for "fail[ing] to follow proper grievance procedures." (Doc. 41-1, pp. 2, 4.) Therefore, Plaintiff did not properly exhaust his administrative remedies, and Defendants are entitled to summary judgment. See Whatley v. Smith, 898 F.3d 1072, 1086 (11th Cir. 2018). correct

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, and **GRANTS** Defendants'

---

[1] The Court notes that Magistrate Judge Christopher L. Ray recently recused himself from this case due to the recent entry of an appearance by an attorney associated with Judge Ray's prior law firm. (See doc. 57.) However, that Order of recusal has no bearing on the Court's assessment of the Report and Recommendation. At the time Judge Ray issued the Report and Recommendation, no conflict existed. Moreover, the Court has conducted a *de novo* review of the complete record and finds the Magistrate Judge's analysis and conclusion entirely correct.

Motion for Summary Judgment.  (Doc. 41.)  Plaintiff's Motion for Temporary Restraining Order, (doc. 12), and Motion to Amend the Complaint, (doc. 21), are likewise **DENIED**.  The Court **DIRECTS** the **CLERK** to **CLOSE**  this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 19th day of August, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA