AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GLENN LEWIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-007

WARDEN ROBERT ADAMS, JR., et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with this Court's Order dated August 19, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, and granting Defendants' Motion for Summary Judgment, Judgment is entered in favor of defendants Kevin Marbler, Williams, and Wingfield and against the Plaintiff, Glenn Lewis. This case stands closed.

Approved by: _[signature]_

August 24, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/1/03